252 So.2d 457

**Dorothy P. CAHEE et al.**

v.

**ASSOCIATED INDEMNITY COR-
PORATION et al.**

No. 51756.

Sept. 28, 1971.

In re: Dorothy P. Cahee applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 251 So.2d 195.

Not considered; not timely filed.

■

252 So.2d 457

**Bertha Mae Hayes DICKERSON**

v.

**EMPLOYERS MUTUAL LIABILITY
INSURANCE COMPANY OF
WISCONSIN.**

No. 51621.

Sept. 28, 1971.

In re: Bertha Mae Hayes Dickerson applying for certiorari, or writ of review,

to the Court of Appeal, Second Circuit, Parish of Winn. 248 So.2d 852.

Writ refused—The judgment is correct.

BARHAM, TATE and DIXON, JJ., are of the opinion that writs should be granted and Humphreys v. Marquette, 235 La. 355, 103 So.2d 895 should be overruled insofar as it denies recovery to woman living with and dependent on deceased, but not married to him.